# Court of Appeals
# of the State of Georgia

ATLANTA, __December 02, 2015__

*The Court of Appeals hereby passes the following order:*

**A16D0130. FRANKLIN L. WILLIAMS v. THE STATE.**
**A16D0131. FRANKLIN L. WILLIAMS v. WARDEN F. S. L. JESUP et al.**

A jury found Franklin L. Williams guilty of several offenses, including possessing cocaine with intent to distribute, and we affirmed his conviction on appeal. See *Williams v. State*, 255 Ga. App. 109 (564 SE2d 518) (2002). Wilson filed two discretionary applications pertaining to a habeas matter. In Case Number A16D0130, Williams seeks leave to appeal the trial court's order denying his motion to reopen his habeas corpus action. In Case Number A16D0131, Williams seeks leave to appeal the trial court's order striking his habeas corpus petition.

Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, we hereby TRANSFER Case Numbers A16D0130 and A16D0131 to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____12/02/2015_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.